ARNOLD ABRAVANEL, an Infant, by JACK D. ABRAVANEL, His Guardian ad Litem, et al., Respondents, et al., Plaintiffs, *v.* OHRBACH's INC., Appellant.

Submitted January 10, 1945; decided February 21, 1945.

*Joseph F. Murray* and *Edward L. Johnson* for appellant.
*Arthur N. Seiff* and *Samuel Justin Jackman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.